# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRANDIN LEE JOHNSON,

    Petitioner

v.

JOSEPH LOMBARDO,

    Respondent

Case No.: 2:20-cv-00854-APG-DJA

**Order**

    Petitioner Brandin Lee Johnson, a pre-trial detainee, has submitted a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2241.[1] He has also filed an application to proceed *in forma pauperis.*[2] Based on the current information about Johnson's financial status, I find that he is able to pay the full fee.

    I THEREFORE ORDER that Johnson's motion for leave to proceed *in forma pauperis* without having to prepay the full filing fee **(ECF No. 1) is DENIED**. Johnson has until **June 30, 2020** to have the $5.00 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action. The Clerk is directed to RETAIN the petition but not file it at this time.

    Dated: May 28, 2020

                                              U.S. District Judge Andrew P. Gordon

---

[1] ECF No. 1-1.

[2] ECF No. 1